PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO NAVARRO,<br><br>Defendant. | Case No. 5:23-po-00079-CDB<br><br>[Citation #E1281230, CA10]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00079-CDB [Citation #E1281230, CA/10] against GUILLERMO NAVARRO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 28, 2023                           Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                  By:     /s/ *Chan Hee Chu*
                                             CHAN HEE CHU
                                             Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:23-po-00079-CDB against GUILLERMO NAVARRO [Citation #E1281230, CA/10] be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 28, 2023**                               _____
                                                                                          UNITED STATES MAGISTRATE JUDGE